

Gottlieb & Gordon
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebgordon.com
New York · London · Rome

Robert C. Gottlieb
Celia A. Gordon

Justin F. Heinrich
Derrelle M. Janey

MEMO ENDORSED

September 24, 2012

9/25/12
Granted
*[signature]*

Via Facsimile (212) 805-6326

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

Re:  *United States v. Vladimir Kozlov*
      Case No. 11-CR-597 (CM)

Dear Judge McMahon:

As Your Honor is aware, this law firm represents the defendant Vladimir Kozlov in the above-referenced criminal action. I am writing to respectfully request a modification of Mr. Kozlov's bond conditions to permit him to travel with his family to Rhode Island to celebrate his father-in-law's 64th birthday.

If this request is granted, Mr. Kozlov would travel to Rhode Island on Friday, September 28, 2012 and return to New York on Sunday, September 30, 2012. He would stay with his wife's family at 21 Oregon Avenue, Cranston, Rhode Island, where he has stayed on several prior occasions pursuant to the Court's permission.

Neither A.U.S.A. Turner nor Pretrial Services Officer Mildred Santana has an objection to this request.

Thank you for your consideration.

USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/12

Very truly yours,

GOTTLIEB & GORDON

*[signature]*

Justin F. Heinrich (JH0512)

cc:  Serrin Turner, A.U.S.A. (via email)
     Mildred Santana, Pretrial Services Officer (via email)